1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KITTA THIPHANEP,                            No.  2:18-cv-2526 MCE CKD P

12                  Petitioner,

13          v.                                   FINDINGS AND RECOMMENDATIONS

14   MICHAEL MARTEL,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Respondent has filed a motion to dismiss arguing that

19   petitioner has failed to exhaust state court remedies with respect to the claim presented in the

20   habeas petition, and that the claim is time-barred.

21          The exhaustion of state court remedies is a prerequisite to the granting of a petition for

22   writ of habeas corpus.  28 U.S.C. § 2254(b)(1).  A petitioner satisfies the exhaustion requirement

23   by providing the highest state court with a full and fair opportunity to consider all claims before

24   presenting them to the federal court.  Picard v. Connor, 404 U.S. 270, 276 (1971).  After

25   reviewing the petition for writ of habeas corpus, and the briefing concerning respondent's motion,

26   the court finds that the claim presented in the habeas petition has not been presented to the

27   /////

28   /////

                                              1

California Supreme Court.  Accordingly, the petition should be dismissed without prejudice and the court need not address respondent's argument that petitioner's claim is also time-barred.[1]

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  Respondent's motion to dismiss (ECF No. 11) be granted; and

2.  Petitioner's petition for a writ of habeas corpus be dismissed for failure to exhaust state remedies.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  In his objections, petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).  Where, as here, a habeas petition is dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling;' and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file

/////

/////

/////

---

[1]  However, petitioner is cautioned that the federal habeas corpus statute imposes a one-year statute of limitations for filing non-capital habeas corpus petitions.  In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending.  28 U.S.C. § 2244(d).

objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thip2526.fte